IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV78

| | |
|---|---|
| PARKDALE AMERICA, LLC,<br>PARKDALE MILLS, INC.,<br><br>        Plaintiffs,<br>  v.<br><br>TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA<br><br>        Defendant. | **ORDER GRANTING**<br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

  **THIS MATTER** is before the Court upon the motion of Defendant Travelers Casualty and Surety Company of America to allow **Cathy A. Simon, Stephen B. Stern, and Meredith Werner** to appear *Pro Hac Vice*, filed March 16, 2006.

  Upon careful review and consideration, this Court will grant the Application.

  In accordance with Local Rule 83.1 (B), the Court notes that Ms. Simon, Mr. Stern, and Ms. Werner have each paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

  **IT IS SO ORDERED.**

                Signed: March 20, 2006

                Graham C. Mullen
                United States District Judge