IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:06CV78-MU

PARKDALE AMERICA LLC and PARKDALE MILLS, INCORPORATED,

Plaintiffs,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S MOTION TO COMPEL**

THE CAUSE is before the Court on the Unopposed Motion for Leave to File Under Seal Certain Exhibits In Support of Motion to Compel and Memorandum of Law in Support. Defendant Travelers Casualty and Surety Company of America ("Travelers") seeks leave to file under seal Exhibits 1, 4, 6 and 7 in support of its pending Motion to Compel. Pursuant to Local Rule 7.1(a), Travelers has conferred with Plaintiffs Parkdale America LLC and Parkdale Mills, Inc., and Plaintiffs do not oppose the instant motion.

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to File Under Seal Certain Exhibits In Support of Travelers Casualty and Surety Company of America's Motion to Compel and Memorandum of Law in Support is GRANTED.

Signed: November 27, 2006

Graham C. Mullen
United States District Judge