IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06CV78-MU

| | |
|---|---|
| PARKDALE AMERICA, LLC AND PARKDALE MILLS, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ) ) ) |
| Defendant. | ) ) ) |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
UNDER SEAL TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA'S MOTION TO COMPEL DEPOSITION TESTIMONY, OR., IN THE
ALTERNATIVE, FOR AN ADVERSE INFERENCE MEMORANDUM OF LAW IN
SUPPORT AND ACCOMPANYING EXHIBITS**

THE CAUSE is before the Court on the Unopposed Motion for Leave to File Under Seal Travelers Casualty and Surety Company of America's Motion to Compel Deposition Testimony, or, in the Alternative, for an Adverse Inference, Memorandum of Law in Support and accompanying exhibits. Defendant Travelers Casualty and Surety Company of America ("Travelers") seeks leave to file under seal its pending Motion to Compel Deposition Testimony, or, in the Alternative, for an Adverse Inference, Memorandum of Law in Support and accompanying exhibits. Pursuant to Local Rule 7.1(a), Travelers has conferred with Plaintiffs, and Plaintiffs do not oppose the instant motion.

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to File Under Seal Travelers Casualty and Surety Company of America's Motion to Compel Deposition Testimony,

or, in the Alternative, for an Adverse Inference, Memorandum of Law in Support and accompanying exhibits is GRANTED.

Signed: December 5, 2006

Graham C. Mullen
United States District Judge