IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06CV78-MU

| | |
|---|---|
| PARKDALE AMERICA, LLC AND PARKDALE MILLS, INC. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ) ) ) |
| Defendant. | ) ) ) |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY RESPONSES

THE CAUSE is before the Court on the Unopposed Motion for Leave to File Under Seal Travelers Casualty and Surety Company of America's Memorandum of Law in Support of Its Motion to Compel Discovery Responses (DE 20). At the request of Plaintiffs, Defendant Travelers Casualty and Surety Company of America ("Travelers") seeks leave to file under seal its Memorandum of Law in Support of Its Motion to Compel Discovery Responses. Pursuant to Local Rule 7.1(a), Travelers has conferred with Plaintiffs, and Plaintiffs do not oppose the instant motion.

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to File Under Seal Travelers Casualty and Surety Company of America's Memorandum of Law in Support of Its Motion to Compel Discovery Responses is GRANTED.

Signed: December 5, 2006

Graham C. Mullen
United States District Judge