IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PARKDALE AMERICA, LLC and PARKDALE MILLS, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:06CV78-MU<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

**FILED SEPARATELY UNDER SEAL PURSUANT TO 9/14/06 ORDER ENTERED BY THE HONORABLE GRAHAM C. MULLEN**

## CERTIFICATE OF SERVICE

       I hereby certify that on December 8, 2006, I electronically filed **under seal** the foregoing **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER; DECLARATION OF STEPHEN P. MURPHY and DECLARATION OF AMY CATTON with exhibits** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **stephen.allred@hmw.com; jack.cobb@hmw.com; sstern@rdblaw.com; csimon@rdblaw.com; cmarshall@rdblaw.com; mwerner@rdblaw.com;**

       I hereby certify that on December 8, 2006, served complete copies of the foregoing **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER; DECLARATION OF STEPHEN P. MURPHY and DECLARATION OF AMY CATTON** with exhibits via U.S. Mail to the following: **stephen.allred@hmw.com; jack.cobb@hmw.com; sstern@rdblaw.com; csimon@rdblaw.com; cmarshall@rdblaw.com; mwerner@rdblaw.com;**

and I hereby certify that I have mailed the document to the following non-CM/ECF participants: **none.**

Respectfully submitted,

s/Susan H. Boyles
Susan H. Boyles, N.C. State Bar # 20877
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7300
E-Mail: sboyles@kilpatrickstockton.com

*Attorney for Plaintiffs*
*Parkdale America, LLC and*
*Parkdale Mills, Incorporated*

2