IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| PARKDALE AMERICA, LLC and PARKDALE MILLS, INCORPORATED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 3:06CV78-MU |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF AMY CATTON

## FILED SEPARATELY UNDER SEAL PURSUANT TO 9/14/06 ORDER ENTERED BY THE HONORABLE GRAHAM C. MULLEN