# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV78-R

| | |
|---|---|
| PARKDALE AMERICA LLC and <br> PARKDALE MILLS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY AND <br> SURETY COMPANY OF AMERICA, <br><br> Defendant. | <br><br><br><br><br><br> **ORDER SETTING** <br> **STATUS CONFERENCE** |

**THIS MATTER** is before the Court on four outstanding discovery motions, which have recently been referred to the undersigned for handling. Rather than conducting a hearing, as counsel have been advised telephonically, a Status Conference will be scheduled as set forth below. Counsel for the parties shall be prepared to discuss the merits of any then pending discovery motions, as well as the appointment of a mediator.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held in the chambers of the undersigned (Room 238, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina) on **Wednesday, November 14, 2007, at 10:00 a.m.**

2. The Clerk is directed to send copies of this Order to counsel for the parties; to Edward

T. Hinson, Jr., James, McElroy & Diehl, 600 South College Street, Suite 3000, Charlotte, NC 28202, who represents a potential witness in this case; <u>and to the Honorable Martin K. Reidinger</u>.

**SO ORDERED**.

Signed: October 11, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge