# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv078

| | |
|---|---|
| PARKDALE AMERICA, LLC and PARKDALE MILLS, INCORPORATED, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

The parties have advised the Court by telephone that this matter has been settled. The Court will allow the parties until **June 30, 2008** to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **June 30, 2008**.

**IT IS SO ORDERED.**

Signed: May 29, 2008

Martin Reidinger
United States District Judge